UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEVIN SMITH,

    Plaintiff,                    Case No. 1:09-CV-93-SPM-AK

vs.

ROLLINS AUTOMOTIVE, INC.,
a Florida Corporation, and
JASON ROLLINS, an individual,

    Defendants.
_____/

## SUPPLEMENT TO DEFENDANTS' MOTION FOR SCHEDULING ORDER

Defendants hereby supplement their Motion for Scheduling Order (Doc. 7):

1. The requested Scheduling Order initially would limit discovery to the issue of damages, will facilitate early resolution, and prevent unnecessary running up of attorney time/fees.

2. From one (1) hour of the filing of the Answer and Defenses through the next two (2) business days, Plantiff's Counsel initiated a flurry of unnecessary activity including thirty-eight (38) discovery requests, six (6) emails, several phone calls, and another email last night at 10:00 PM. Within one business day of the Answer, Plantiff's Counsel threatened to file a "Motion to Compel" unless a case management

conference was set within seventy-two (72) hours, despite the instant motion to limit discovery to the issue of damages.

3. While Plantiff has objected to this motion to initially limit discovery to damages, and has not provided any information on calculations of overtime pay allegedly owed, his Counsel's email of late last night requested Defendants make a settlement offer without having Plantiff's calculations.

4. The requested order is now issued in many FLSA claims in the Middle and Southern U.S. District Courts of Florida. For example, Honorable Gary R. Jones, United States Magistrate Judge of the Middle District of Florida, Ocala Division has issued similar scheduling orders. E.g., Yerry v. Pasta Fair of Belleview, Inc., Case No. 5:08-cv-231-Oc-10GRJ, attached hereto.

WHEREFORE, the defendants request the Court grant the motion for a scheduling order.


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May, 2009, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will automatically send a notice to the

following counsel of record: Counsel for Plaintiff, Michael Owen Massey, 824 E. University Avenue, Gainesville, FL 32602.

Respectfully submitted,

s/Paul A. Donnelly
PAUL A. DONNELLY, Trial Counsel
Florida Bar No. 813613
JUNG YOON
Florida Bar No. 0599611
Counsel for Defendants

DONNELLY & GROSS, P.A.
2772 NW 43rd Street, Suite S
Gainesville, FL 32606
352/374-4001
352/374-4046 facsimile
pdonnelly@laborattorneys.org
jyoon@laborattorneys.org