# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

KEVIN SMITH,

         Plaintiff,

v.

ROLLINS AUTOMOTIVE, INC., a Florida Corporation, and JASON ROLLINS, an individual

         Defendants.

Civil Action No. 1:09cv93

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SCHEDULING ORDER

Plaintiff responds to the Defendant's Motion for Scheduling Order (Doc. 7) and Supplement thereto (Doc. 8) as follows:

This Court has already entered an Initial Scheduling Order (Doc. 5) which is sufficient to permit this case to proceed on an orderly basis. If the Defendants wish to serve discovery, said Order permits the same without delay (something the Plaintiff has already done).

There is simply no need for another special initial scheduling order – especially in light of the fact that this case is not filed as a class action and has no special circumstances. To the contrary, Defendants' actions only serve to prolong this case and its early resolution.[1]

---

[1] Defendant's Supplement indicates that the undersigned was unnecessarily sending emails and telephoning. This contact was to spur Defendants' counsel to comply with the current order (Doc. 5) and schedule the required Case Management Conference – something Defendants' counsel clearly does not want to do and therefore ignored requests to set a date for the same. Defendants' counsel still has not agreed to a date for the conference, despite multiple attempts to convince compliance.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's ECF system which will send a copy thereof to the following on this 13th day of May, 2009:

PAUL A. DONNELLY, Trial Counsel
Florida Bar No. 813613
JUNG YOON
Florida Bar No. 0599611
Counsel for Defendants
DONNELLY & GROSS, P.A.
2772 NW 43rd Street, Suite S
Gainesville, FL 32606
352/374-4001
352/374-4046 facsimile

/s/ Michael Massey
Michael Massey
Fla. Bar No. 153680
Massey & Duffy, P LLC
PO Box 2638
Gainesville, FL 32602
352-374-0877

Trial Counsel for Plaintiff