IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEVIN SMITH,

    Plaintiff,

v.                                          CASE NO. 1:09-cv-00093-MP-AK

ROLLINS AUTOMOTIVE, INC., et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Defendants' motion for a scheduling order (Docs. 7 and 8) and Plaintiff's response thereto (Doc. 9). Plaintiff brought this claim under the Federal Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), alleging that his employer, the Defendants, failed to pay him overtime. In their motion, Defendants request that the Court enter an order staying discovery and requiring Plaintiff to respond to interrogatories regarding the amount of damages claimed. Defendants' proposed order would also require the Defendants, within 15 days of the date Plaintiff files answers to the interrogatories, to serve on Plaintiff and file with the Court a verified summary of all hours worked by Plaintiff during each relevant pay period, the rate of pay, and wages paid, including overtime pay, if any. At that time, Defendants would also have to serve on Plaintiff but not file a copy of all time sheets and payroll records for the relevant time period. The parties would then be required to meet and confer in person in a good faith effort to settle all pending issues, including attorneys' fees and costs. Such a scheduling order, Defendants argue, would save time and attorneys' fees.

On May 15, 2009, the Court held a telephonic hearing to discuss Defendants' motion. At

the hearing, Plaintiff opposed Defendants' motion, arguing that the proposed sequence of discovery would be unfair.  Specifically, Plaintiff argued that Plaintiff should not be required to file answers to interrogatories regarding the dates and hours he worked and the amount of pay he received, before he has had an opportunity to obtain and review time sheets and payroll records from Defendants.

The Court has reviewed the proposed orders attached to Defendants' motion.  Upon consideration, the Court finds that entry of the proposed scheduling order is not necessary to ensure the just, speedy, and inexpensive administration of justice.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendants' Motion for Scheduling Order (Docs. 7 and 8) is DENIED.  The parties shall proceed in accordance with the Initial Scheduling Order (Doc. 5).

**DONE AND ORDERED** this   *15th* day of May, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge